UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



KEVIN MORRIS (#352802)

VERSUS

CIVIL ACTION NO.: 08-755-JVP-DLD

STATE OF LOUISIANA, ET AL

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendants, The State of Louisiana, Richard L. Stalder, Henry Goines, and Patrilla Pitrie, and against the plaintiff, Kevin Morris, and this action is hereby **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

Baton Rouge, Louisiana, January 5, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA